**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

CHRISTOPHER MICHAEL DAVIS *et al*　　　　　　`　　　　PLAINTIFFS
ADC #146089

V.　　　　　　　　NO: 3:15CV00072 JM/JWC

DALE DALTON　　　　　　　　　　　　　　　　　　　　DEFENDANT

## PROPOSED FINDINGS AND RECOMMENDATIONS

### INSTRUCTIONS

The following recommended disposition has been sent to United States District Judge James M. Moody Jr. Any party may serve and file written objections to this recommendation. Objections should be specific and should include the factual or legal basis for the objection. Your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of the findings and recommendations.

Mail your objections to:

> Clerk, United States District Court
> Eastern District of Arkansas
> 600 West Capitol Avenue, Suite A149
> Little Rock, AR 72201-3325

### DISPOSITION

Plaintiffs Christopher Michael Davis and Michael Hagood filed a *pro se* complaint, pursuant to 42 U.S.C. § 1983, on March 18, 2015. The $400.00 filing and administrative fees were not paid, and only Davis filed an application for leave to proceed *in forma pauperis*. On April 6, 2015, the Court entered an order directing Hagood to pay the full filing and administrative fees, or to file an

1

application for leave to proceed *in forma pauperis*, within 30 days (docket entry #3). That same order directed both Plaintiffs to file an amended complaint, and warned them that their failure to comply within 30 days would result in the recommended dismissal of their complaint.

More than 30 days have passed. Hagood has not paid the filing and administrative fees or filed an application for leave to proceed in *forma pauperis*, and neither Plaintiff has filed an amended complaint or otherwise responded to the Court's order. Mail sent to Davis has been returned as undeliverable (docket entry #4). Neither Plaintiff is listed as a current inmate on the Arkansas Department of Correction or Federal Bureau of Prisons public website. Under these circumstances, the Court concludes that Plaintiffs' complaint should be dismissed without prejudice for failure to comply with Local Rule 5.5(c)(2), and failure respond to the Court's order. *See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) (District courts have inherent power to dismiss *sua sponte* a case for failure to prosecute, and exercise of that power is reviewed for abuse of discretion).

IT IS THEREFORE RECOMMENDED THAT:

1. Plaintiffs' complaint be DISMISSED WITHOUT PREJUDICE for failure to comply with Local Rule 5.5(c)(2), and failure to respond to the Court's order.

2. The Court certify that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 19th day of May, 2015.

_____
UNITED STATES MAGISTRATE JUDGE