**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

CHRISTOPHER MICHAEL DAVIS *et al*   `                              PLAINTIFFS
ADC #146089

V.                              NO: 3:15CV00072 JM

DALE DALTON                                                          DEFENDANT

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

DATED this 10th day of June, 2015.

_____
UNITED STATES DISTRICT JUDGE